| Attorney or Party without Attorney:<br>Philip L. Fraietta, Esq.<br>BURSOR & FISHER, P.A.<br>888 Seventh Ave<br>New York, NY 10019<br>Telephone No: 646.837.7150<br><br>Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>USDC-Southern District of New York |
|---|
| Plaintiff: JEFFREY BROWN, individually and on behalf of all others similarly situated<br>Defendant: DRIVESMART AUTO CARE INC. |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:20-cv-05744-JGK |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet

3. a. Party served:     Drivesmart Auto Care Inc.
   b. Person served:   "John Doe", Employee , Caucasian , Male , Age: 30 , Hair: Black , Height: 5'9" , Weight: 200 , authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   310 Main St, Toms River, NJ 08753

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Aug 05 2020 (2) at: 12:20 PM

6. *Person Who Served Papers:*
   a. Steve Weisman
   b. FIRST LEGAL
      3600 Lime St., Ste. 626
      RIVERSIDE, CA 92501
   c. (951) 779-1110

   d. *The Fee for Service was:*

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

08/07/2020
(Date)                          (Signature)



PROOF OF SERVICE

4719726
(332103)